UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENT WESTBROOK,
an individual,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,
a national association,
POLLACK AND ROSEN, P.A.,
a Florida profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

    Defendants.

Case No.: 8:23-cv-00477-MSS-JSS

## NOTICE OF SETTLEMENT

Plaintiff, BRENT WESTBROOK, hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2023, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all

1

counsel of record.

                              **SWIFT LAW PLLC**

<u>/s/ *Jon P. Dubbeld*</u>
**Jon P. Dubbeld, Esq., FBN 105869**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Aaron M. Swift, Esq., FBN 0093088**
**Sean E. McEleney, Esq., FBN 125561**
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
*Counsel for Plaintiff*