UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRENT WESTBROOK,
an individual,

       Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,
a national association,
POLLACK AND ROSEN, P.A.,
a Florida profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

       Defendants.

Case No.: 8:23-cv-00477-MSS-JSS

## NOTICE OF SETTLEMENT

Plaintiff, BRENT WESTBROOK, hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2025, I filed a true and correct copy of

1

the above and foregoing via CM/ECF which will electronically serve all counsel of record.

                         **SWIFT LAW PLLC**

                         */s/ Jon P. Dubbeld*
                         **Jon P. Dubbeld, Esq., FBN 105869**
                         **Jordan T. Isringhaus, Esq., FBN 0091487**
                         **Aaron M. Swift, Esq., FBN 0093088**
                         **Sean E. McEleney, Esq., FBN 125561**
                         11300 4th Street N, Ste. 260
                         St. Petersburg, FL 33716
                         Phone: (727) 490-9919
                         Fax: (727) 255-5332
                         jdubbeld@swift-law.com
                         aswift@swift-law.com
                         jisringhaus@swift-law.com
                         smceleney@swift-law.com
                         *Counsel for Plaintiff*